UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____X

U.S. Bank Trust National Association, as
Trustee, for ABS Loan Trust,
      Plaintiff,

v.

Edward J. Abell, III, Individually;
Edward J. Abell, III, as Trustee of the
Abell Family Revocable Living Trust,
Shilo M. McLeod-Abell f/k/a Shilo
Luciano-Abell, Individually; Shilo M.
McLeod-Abell f/k/a Shilo Luciano-Abell as
Trustee of the Abell Family Revocable
Living Trust; Deutsche Bank National
Trust Company as Trustee for Indymac
Indx Mortgage Loan Trust 2007-AR5,
Mortgage Pass-Through Certificates
Series 2007-AR5; the United States
Department of Justice, U.S. Attorney's
Office for the District of Massachusetts; and
The Commonwealth of Massachusetts,
Department of Revenue,
      Defendants.
_____X

Civil Action No.

VACANT PROPERTY:
24 Lawndale Circle
Gloucester, MA 01930

**PLAINTIFF'S FEDERAL RULE OF CIVIL
<u>PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for U.S. Bank Trust National Association, as Trustee for ABS Loan Trust ("U.S. Bank") states the following:

1.     U.S. Bank is a foreign corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 60 Livingston Avenue, St. Paul, MN 55107.

U.S. Bank Trust National Association as Trustee v. Edward J. Abell, III, et al.
24 Lawndale Circle, Gloucester, MA
DG&L File No.: 56337                    1

2. U.S. Bank is a wholly owned subsidiary of U.S. Bancorp, a bank holding company organized and existing under the laws of Delaware with a principal place of business at 1761 Saint Andrew Place, Santa Ana, CA 92705.

3. U.S. Bank is acting solely in its capacity as Trustee for the ABS Loan Trust.

                                                Respectfully Submitted,

                                                U.S. Bank Trust National Association, as Trustee for ABS Loan Trust,
By its attorneys,

Dated: October 8, 2020

/s/ Reneau J. Longoria
Reneau J. Longoria, Esq. (BBO #635118)
Brian C. Linehan, Esq. (BBO #690437)
Patrick D. Beaton, Esq. (BBO #661215)
Elizabeth W. Dailey, Esq. (BBO #562178)
Doonan, Graves & Longoria, LLC
100 Cummings Center Suite 225D
Beverly, MA 01915
Tel. (978) 921-2670
rjl@dgandl.com

U.S. Bank Trust National Association as Trustee v. Edward J. Abell, III, et al.
24 Lawndale Circle, Gloucester, MA
DG&L File No.: 56337                                            2

## CERTIFICATE OF SERVICE

      I, Reneau J. Longoria, Esq. certify that a true copy of the Corporate Disclosure Statement was served upon the Plaintiffs in this action by electronic notification and/or mailing a true copy of the same, first class mail; postage prepaid, on October 9, 2020, to:

| | |
|---|---|
| Edward J. Abell, III<br>FMC Devens<br>42 Patton Road<br>Ayer, MA 01432 | Shilo M. McLeod-Abell<br>14 Proctor Street, Apt. 2<br>Gloucester, MA 01930 |
| Deutsche Bank National Trust Company<br>2000 Avenue of the Stars<br>Los Angeles, CA 90067 | U.S. Department of Justice<br>U.S. Attorney's Office for the<br>District of Massachusetts<br>1 Courthouse Way<br>Boston, MA 02210 |
| Commonwealth of Massachusetts<br>Department of Revenue<br>100 Cambridge Street<br>Boston, MA 02204 | |

                                          /s/ Reneau J. Longoria
                                          Reneau J. Longoria, Esq.

U.S. Bank Trust National Association as Trustee v. Edward J. Abell, III, et al.
24 Lawndale Circle, Gloucester, MA
DG&L File No.: 56337                                      3